# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Patti Walker
COURTROOM DEPUTY: Michael R. Weiler
INTERPRETER: None

CASE NO. 10-C-99 BSJ

Beacon Tower Development Technologies v. Great Basin Technologies, et al

Approved By:_____

## APPEARANCE OF COUNSEL

Pla   Thomas R. Karrenberg
Dft   Robert S. Clark

DATE: May 3, 2010, 1:20 PM - 1:30 PM

MATTER SET: Initial Status Report & Scheduling Conference

RECEIVED
MAY 04 2010
OFFICE OF U.S. DISTRICT JUDGE
BRUCE S. JENKINS

(10 mins), Rm 420

DOCKET ENTRY:

Discussion heard. Crt schedules:

- All discovery (fact & expert) cutoff 5/31/2011.
- Post-discovery motion(s) waived.
- Final pretrial conference set 6/24/2011, at 9:30 AM.
- Stip proposed final pretrial order due to chambers nlt 6/22/2011.

Mr. Karrenberg to prepare & submit proposed scheduling order.