**ANDERSON & KARRENBERG**
Thomas R. Karrenberg (#3726)
Samantha J. Slark (#10774)
Richard A. Kaplan (#13480)
50 West Broadway, Suite 700
Salt Lake City, Utah 84101-2035
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Beacon Tower Development, LLC**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BEACON TOWER DEVELOPMENT, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>GREAT BASIN TECHNOLOGIES, LLC., a Utah limited liability company, RICHARD R. MACKERELL, an individual, GARY M. RENLUND, an individual, TRIOX TECHNOLOGIES, INC., a Utah Corporation,<br><br>Defendants. | **NOTICE OF ENTRY OF APPEARANCE**<br><br><br>Case No. 2:10cv00099<br>Judge Bruce S. Jenkins |

Please take notice that Richard A. Kaplan, Anderson & Karrenberg, 50 West Broadway, Suite 700, Salt Lake City, Utah 84101-2035, hereby enters his appearance as counsel for Beacon Tower Development, LLC and requests that copies of any pleadings or filings be served on him.

DATED:          August 30, 2011.

                                            ANDERSON & KARRENBERG

                                            */s/ Richard A. Kaplan*
                                            Thomas R. Karrenberg
                                            Samantha J. Slark
                                            Richard A. Kaplan
                                            **Attorneys for Beacon Tower Development Technologies, LLC**