# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Patti Walker
COURTROOM DEPUTY: Michael R. Weiler
INTERPRETER: None

CASE NO. 10-C-99 BSJ

Beacon Tower Development Technologies v. Great Basin Technologies, et al

Approved By:_____

## APPEARANCE OF COUNSEL

| | | |
|---|---|---|
| Pla | Ryan B. Frazier | |
| Pla | Richard A. Kaplan | |
| Dft | David Griffin | |

RECEIVED
AUG 3 1 2011
OFFICE OF U.S. DISTRICT JUDGE
BRUCE S. JENKINS

DATE: August 31, 2011, 1:15 PM - 1:55 PM

MATTER SET: Status Conference                                              (40 mins), Rm 420

DOCKET ENTRY:

Argument & discussion heard. Crt executes Order for Issuance of Prejudgment Writ of Replevin. Crt recesses 1:35 PM, reconvenes 1:50 PM. Argument & discussion continue. Crt schedules:

- Further, status conference 10/14/2011, at 1:30 PM.